# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Daniel W. Hill #240-234  
2/25/62  
Maryland Correctional Inst. Jessup  
P.O. Box 549  
Jessup Maryland 20794  
*(Full name, date of birth, identification #, address of petitioner)*  
**Plaintiff,**

v.

Maryland Parole Commission, et. al  
6776 Reisterstown Road  
Suite 307  
Baltimore, MD 21215  
*(Full name and address of respondent)*  
**Defendant(s).** et. al

\*

\*

\*

\*

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☑

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

   _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? "MERITORIOUS" _____

         _____

      b. Did you appeal? _____

         YES ☐   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____

      _____

      _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   I am a 39 year old Black male, On the 14th day of May 2020, I was sent out to "Baltimore Medical Center 911, for COVID-19". Sometime later after I arrived at the hospital my Organs failed, I went into a Coma and stayed in the hospital 2½ months after I was well enough to leave the hospital I was sent back to Maryland Correctional Inst.-

Continuation

Jessup. A institution that is still having outbreaks of COVID-19, I am subject to get this deadly virus again." I filed a administrative remedy to Warden Jama Acuff, for Medical Parole/Compassionate Release, Warden Acuff found my (ARP) to be Meritorious".

"Dr. Sisay appealed to the parole Commission on my behalf. On the 13th day of December 2020 at 9:30 a.m. I spoke with Dr. Sisay, he informed me the parole Commission refused to grant me medical parole/Compassionate release without articulating a reason".

"I didn't make myself sick I was infected by the Staff of Maryland Correctional Inst. Jessup, the parole Commission refusal to except me as a candidate for COVID-19 medical parole/Compassionate release is directly in line to inflict further punishment on me, it's a deliberate act to deter and chastise me further I have been on my death bed not once but twice". "I have blood clots in my lungs also on blood thiner and have pains in both feet and trouble to remember".

(1) "I ask the Court is it right for me to come within inches of lossing my life twice because of the State's gross negligents due to COVID-19"?

(2) I ask the Court would it be odd not to receive any kind of relief?

Relief

(1) Grant Plantiff a reversal of the parole Commission denial for medical parole.

(2) Grant Plaintiff medical parole / Compassionate release.

(3) Grant Plaintiff to be released into the custody of his daughter April Davis.

(4) Grant Plaintiff any other relife the Court deems neccessary.

IV. Relief
   (State briefly what you want the Court to do for you.)

_____

_____

_____

_____

SIGNED THIS __9th__ day of ____December____, __2020__.

__Daniel Hill__
Signature of Plaintiff

__Daniel Hill #240-234__
Printed Name

__P.O. Box 549 Jessup MD__
Address

_____
Telephone Number

_____
Email Address